TYPE OF HEARING: R5-COMP
CASE NUMBER: 19mj121
MAGISTRATE JUDGE: John F. Anderson
DATE: 3/13/19
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Younes Saied Darraj

GOVT. ATTY: Heather Call
DEFT'S ATTY: w/out counsel
DUTY AFPD: Ann Rigby

INTERPRETER/LANGUAGE: ___

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (X)  FPD (X)  CJA ( )  Conflict List ( )

Gov't is seeking detention - granted pending PH/DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 3/14/19  TIME: 2pm
PH/DH

3 min.