# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA


MAR 13 2019

UNITED STATES OF AMERICA

v.

Younes Saied Darraj

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:19mj121

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for __3/14/19__ at __2pm__ before the Honorable John F. Anderson, United States Magistrate Judge in Courtroom 501
<br>Name of Judicial Officer

located at 401 Courthouse Square, Alexandria, Virginia. Pending this hearing, the
<br>Location of Judicial Officer

defendant shall be held in custody by the United States Marshal

( _____ ) and produced for the hearing.
<br>Other Custodial Official

Date: March 13, 2019

/s/
<br>John F. Anderson
<br>United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.